**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6029**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DANA J. CLAIBORNE, a/k/a D,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:06-cr-00240-RLW-1)

———————

Submitted:  April 23, 2009          Decided:  May 5, 2009

———————

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carolyn Virginia Grady, Assistant Federal Public Defender,
Richmond, Virginia, for Appellant.  Angela Mastandrea-Miller,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana J. Claiborne appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Claiborne, No. 3:06-cr-00240-RLW-1 (E.D. Va. Dec. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED